Same case below, 201 N.J. 500, 993 A.2d 778.

**No. 10-621. Keith Clayton Brooks, Jr., Petitioner v. Steve Gaenzle.**

562 U.S. 1200, 131 S. Ct. 1045, 178 L. Ed. 2d 864, 2011 U.S. LEXIS 1027.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 614 F.3d 1213.